IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ERIC DEJUAN JONES**                                                       **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO.: 3:23-cv-00539-TSL-RPM**

**DAVID MCQUEEN, et al.**                                        **DEFENDANTS**

**REPORT AND RECOMMENDATION**

On August 17, 2023, Plaintiff Eric Dejuan Jones, proceeding *pro se* and *in forma pauperis*, filed this Complaint under 42 U.S.C. § 1983 against Defendants David McQueen, Terry Aldridge, and John Doe. When he filed his Complaint, Plaintiff was an inmate housed at the Lauderdale County Detention Facility in Meridian, Mississippi. [1] at 1. Since then, the Court has screened this lawsuit under the Prison Litigation Reform Act, 28 U.S.C. § 1915, *et seq.*, and has warned Plaintiff eight times that it is his duty to prosecute this case—which includes obeying Court orders and keeping the Court advised of his current address. *E.g.*, [3] at 2; [6] at 2; [9] at 1; [10] at 2; [13] at 2; [15] at 2; [22] at 1; [23] at 2.

The Court entered two Orders [21] [22] on January 30, 2024, that were mailed to Plaintiff at his last-known mailing address and subsequently returned to the Court as undeliverable. [25] at 1; [26] at 1. On January 31, 2024, the Court set this matter for an omnibus hearing on March 6, 2024, in Jackson, Mississippi. [23] at 1-2. The Order Setting Omnibus Hearing, along with the Notice of Hearing, was mailed to Plaintiff at his last-known mailing address, and it was also returned to the Court as undeliverable. [27] at 1. Plaintiff has not contacted the Court about this case since November 27, 2023. [14] at 1.

On March 6, 2024, the Court came to order at the appointed time and announced Plaintiff's case. Plaintiff's name was called inside the courtroom three times without a response. Plaintiff's

name was then called in the hallway outside the courtroom three times, again without a response. Court security personnel confirmed that Plaintiff had not passed through the security checkpoint at the courthouse to enter the building. Nor has the undersigned been able to locate a better address for Plaintiff, based on the limited identifying information he has provided the Court. Based on Plaintiff's failure to appear at the screening hearing, and his failure to communicate with the Court about this lawsuit for a period of over three months, the undersigned finds that Plaintiff no longer demonstrates interest in prosecuting his claims.

## **RECOMMENDATION**

Based on the foregoing, the undersigned recommends that Plaintiff Eric Dejuan Jones's Complaint under 42 U.S.C. § 1983 be dismissed without prejudice for failure to prosecute.

## **NOTICE OF RIGHT TO APPEAL/OBJECT**

Within fourteen days of being served with a copy of this Report and Recommendation, any party may serve and file written objections with the Clerk of Court. An objecting party must specifically identify the findings, conclusions, and recommendations to which he objects. Within seven days of service of the objections, the opposing party must either serve and file a response or notify the District Judge that he does not intend to respond to the objections. L.U.CIV.R. 72(a)(3).

The District Judge shall make a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The District Judge may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. The District Judge may also receive further evidence or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

The District Judge need not consider frivolous, conclusive, or general objections. A party who fails to file written objections to the proposed findings, conclusions, and recommendations of

2

the Magistrate Judge shall be barred, except upon grounds of plain error, from attacking on appeal any proposed factual finding or legal conclusion adopted by the Court to which he did not object. *See Wallace v. Miss.*, 43 F.4th 482, 494-95 (5th Cir. 2022) (collecting cases).

**SIGNED,** this 7th day of March, 2024.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE